IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR453** |
| vs. | ) | |
| | ) | **ORDER** |
| **VINCENT A. CAULFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    The defendant seeks leave to file pretrial motions out of time (Doc. 54) and for a continuance of the trial now set for June 30, 2009 (Doc. 55).  The defendant has not presented any new information that would cause the court to reconsider its order of June 3, 2009 (Doc. 51).

    **IT IS ORDERED** that the defendant's Motion to File Pretrial Motions Out of Time (Doc. 54) and Motion to Continue Trial (Doc. 55) are denied for the reasons stated in the court's order of June 3, 2009 (Doc. 51).

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **June 25, 2009.**

    **DATED June 23, 2009.**

                                                                                             **BY THE COURT:**

                                                                                             s/ F.A. Gossett
                                                                                             **United States Magistrate Judge**